675 A.2d 1209

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Isidro RODRIGUEZ, Petitioner.**

Supreme Court of Pennsylvania.

May 15, 1996.

W. Thomas Anthony, Jr., Bethlehem, for Petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of May 1996, the Petition for Allowance of Appeal is GRANTED as to Issue A and is DENIED as to all other issues. The Order of the Superior Court is REVERSED. *See, Commonwealth v. White,* 543 Pa. 45, 669 A.2d 896 (1995).

CASTILLE, J., dissents based upon his dissenting opinion in *Commonwealth v. White.*